

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-17-00755-CV

**IN THE INTEREST OF J.G., A CHILD**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-CVW-001068-C3
Honorable Jesus Garza, Judge Presiding

# O R D E R

      After this court granted appellant's first request for an extension of time, its brief was due March 6, 2018. Appellant has now filed a second motion for extension of time asking for an additional nine days in which to file the brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file its brief in this court on or before March 15, 2018.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court